PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Durell Brooks**          Docket No. **12-657CR**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Durell Brooks**, who was placed under pretrial release supervision by the **Honorable Kevin McNulty** sitting in the Court at 2 Federal Square Newark, New Jersey 07101, on September 28, 2012, under the following conditions:

    1. Supervision by Pretrial Services
    2. Travel restricted to the Continental United States
    3. Maintain residence as approved by Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **The defendant's conditions of release be modified to include substance abuse testing and treatment as directed by Pretrial Services**

ORDER OF COURT

Considered and ordered this _22d_ day of _October_, _2012_ and ordered filed and made a part of the records in the above case.

_____
Honorable Kevin McNulty
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2012

_____
William Sobchik
U.S. Pretrial Services Officer